| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAMOND, GUSTAVE | 2. Court or Organization<br><br>U.S. District Court, W.D. PA | 3. Date of Report<br><br>01/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>01/24/2017 |
| 7. Chambers or Office Address<br><br>U.S. District Court, W.D. PA<br>700 Grant St., Suite 8270<br>Pittsburgh, PA 15219 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | September 28 to 30, 2016 | Farmington, Pennsylvania | Annual Retreat | Food and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 12/01/16 | J | | |
| 2. Chevron | A | Dividend | J | T | | | | | |
| 3. Thornburg Inv Inc Builder | A | Dividend | J | T | | | | | |
| 4. Kraft Foods | A | Dividend | J | T | | | | | |
| 5. AFLAC | A | Dividend | K | T | | | | | |
| 6. Merck | A | Dividend | J | T | | | | | |
| 7. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 8. Phillips 66 | A | Dividend | J | T | | | | | |
| 9. Procter & Gamble | A | Dividend | K | T | | | | | |
| 10. Verizon | A | Dividend | J | T | | | | | |
| 11. PA State Gen. Obligation 2 | A | Interest | K | T | | | | | |
| 12. State Public School Building | A | Interest | | | Redeemed | 12/01/16 | K | A | |
| 13. Southern Columbia Area School Bonds | A | Interest | K | T | Buy | 10/12/16 | K | | |
| 14. PA State Public School Bldg | A | Interest | K | T | | | | | |
| 15. Coca Cola | A | Interest | J | T | Buy | 06/01/16 | J | | |
| 16. PA State Higher Ed Fac Auth | A | Interest | | | Redeemed | 08/22/16 | K | A | |
| 17. Am High Inc. Muni | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am Balanced A | A | Dividend | K | T | Buy (add'l) | 06/27/16 | J | | |
| 19. Am Capital Inc. Bldr | D | Dividend | M | T | | | | | |
| 20. Am Fundamental Inv. | A | Dividend | K | T | | | | | |
| 21. Am Global Balanced A | A | Dividend | J | T | | | | | |
| 22. Am Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 23. Am. Income Fund of Am. | D | Dividend | N | T | | | | | |
| 24. Phila. Hos. and Higher Ed. | A | Interest | K | T | | | | | |
| 25. Amgen | A | Dividend | J | T | | | | | |
| 26. AT&T | A | Dividend | K | T | | | | | |
| 27. DuPont | A | Dividend | J | T | | | | | |
| 28. Fed Ex | A | Dividend | K | T | | | | | |
| 29. Kimberly Clark | A | Dividend | J | T | | | | | |
| 30. Royal Dutch Shell | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 31. Total SA Spons | A | Dividend | | | Sold | 05/19/16 | J | A | |
| 32. WalMart | A | Dividend | J | T | | | | | |
| 33. Walt Disney | A | Dividend | J | T | | | | | |
| 34. American Balanced A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Am High Income Muni | A | Dividend | J | T | | | | | |
| 36. Am Income Fund of Am | C | Dividend | M | T | | | | | |
| 37. Am Invest. Co of Am | A | Dividend | K | T | | | | | |
| 38. Am Mutual A | A | Dividend | J | T | | | | | |
| 39. Am Tax Exempt Bond | A | Dividend | J | T | | | | | |
| 40. BGE Capital Trust | B | Interest | K | T | | | | | |
| 41. Am Balanced A | A | Dividend | L | T | Buy (add'l) | 05/19/16 | K | | |
| 42. Am Bond Fund of Am | A | Dividend | J | T | | | | | |
| 43. Am. Capital Income Builder | B | Dividend | L | T | | | | | |
| 44. Am. Fundamental Investors | A | Dividend | K | T | | | | | |
| 45. Am. Global Balanced | A | Dividend | J | T | | | | | |
| 46. Am. High Income Trust | | | | | | | | | Note 1 |
| 47. Am Income Fund of Am | B | Dividend | L | T | | | | | |
| 48. Am Invest. Co of Am | B | Dividend | L | T | Buy (add'l) | 06/27/16 | J | | |
| 49. Am Mutual A | A | Dividend | K | T | | | | | Note 1 |
| 50. Am New Perspective | A | Dividend | K | T | | | | | |
| 51. Am Small Cap World A | A | Dividend | | | Sold | 07/15/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Clearbridge Equity Inc. | A | Dividend | J | T | | | | | |
| 53. Clearbridge Aggressive Growth | A | Dividend | K | T | | | | | |
| 54. Clearbridge Div. Fund | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 55. Kimberly Clark | A | Dividend | J | T | | | | | |
| 56. Halyard Health | A | Dividend | J | T | | | | | |
| 57. Seadrill Ltd | | | | | | | | | Note 3 |
| 58. Am Balanced Fund | A | Dividend | K | T | | | | | Note 2 |
| 59. Am Growth Fund of Am | A | Dividend | K | T | | | | | |
| 60. Am Investment Co Am. | A | Dividend | K | T | | | | | |
| 61. Am New Perspective | A | Dividend | K | T | | | | | |
| 62. Am New World | A | Dividend | J | T | | | | | |
| 63. Thornburg Inv Inc Builder | A | Dividend | K | T | | | | | |
| 64. Abbie Inc Com | A | Dividend | J | T | | | | | |
| 65. Alcoa | A | Dividend | J | T | | | | | |
| 66. Amazon | A | Dividend | J | T | | | | | |
| 67. Ameren | A | Dividend | J | T | | | | | |
| 68. Amgen | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple, Inc. | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 70. AT&T | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 71. BE Aerospace | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 72. Boeing | A | Dividend | J | T | | | | | |
| 73. BP Plc Ads | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 74. Chevron | B | Dividend | K | T | | | | | |
| 75. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 76. Conoco Phillips | A | Dividend | J | T | | | | | |
| 77. CSX Corp | A | Dividend | J | T | | | | | |
| 78. DuPont | A | Dividend | J | T | | | | | |
| 79. Duke Energy | A | Dividend | J | T | | | | | |
| 80. GE | A | Dividend | J | T | | | | | |
| 81. General Mills | A | Dividend | J | T | | | | | |
| 82. Honeywell | A | Dividend | J | T | | | | | |
| 83. Kraft Foods | A | Dividend | J | T | | | | | |
| 84. Merck | A | Dividend | J | T | | | | | |
| 85. Phillips 66 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pitney Bowes | A | Dividend | | | Sold | 05/19/16 | J | A | |
| 87. Tesla | | None | J | T | | | | | |
| 88. Advansix | A | None | J | T | | 10/03/16 | J | | D (1) Spin off Honeywell |
| 89. Vodafone | | | | | | | | | Note 4 |
| 90. Federated Kaufmann | | None | J | T | | | | | |
| 91. Franklin Gold and Precious Metals | | | | | | | | | Note 4 |
| 92. Sprott Physical Gold Trust | | None | J | T | | | | | |
| 93. Fidelity Equity Income IRA | A | Dividend | K | T | Redeemed (part) | 12/01/16 | J | A | |
| 94. Fidelity Equity Individual Income | A | Dividend | J | T | | | | | |
| 95. Alibaba | A | Dividend | J | T | | | | | |
| 96. Estee Lauder | A | Dividend | J | T | | | | | |
| 97. Fiat Chrysler | | None | | | Sold | 05/19/16 | J | A | |
| 98. Halyard Health | A | Dividend | J | T | | | | | |
| 99. Graphite One | A | Dividend | J | T | | | | | |
| 100. IBM | A | Dividend | K | T | | | | | |
| 101. Otter Tail Corporation | A | Dividend | J | T | | | | | |
| 102. KLX Inc Com | | | | | | | | | Note 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  St Jude Medical | A | Dividend | K | T | | | | | |
| 104.  Starbucks | A | Dividend | | | Sold | 09/22/16 | J | A | |
| 105.  Verizon | A | Dividend | J | T | | | | | |
| 106.  Am F2 American Inc Fund of America | A | Dividend | J | T | | | | | |
| 107.  PNC Money Market | A | Interest | K | T | | | | | |
| 108.  Dollar Bank Savings | A | Interest | K | T | | | | | |
| 109.  FlexionTherapeutics | A | Dividend | J | T | Buy | 09/30/16 | J | | |
| 110.  Western Digital | A | Dividend | J | T | Buy | 09/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 01/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnotes: Please accept these footnotes as amendments to my 2015 report:

Note 1: On my 2015 report on line 46, this was erroneously reported as a "buy" on 2/6/15. It should have been listed as an "exchange redemption" for the purchase of Am Mutual A listed on line 49 of that report as a "buy" on 2/6/15.

Note 2: This fund on line 58 was bought on 12/28/15, but inadvertently not listed on my 2015 report. It had a D-3 value of K

Note 3: This item on line 57 was sold on 12/24/15, but inadvertently not listed on my 2015 report. It had a D-3 value of J and a D-4 gain of A.

Note 4: These items were sold on 12/21/15, but inadvertently not listed on my 2015 report. Each had a D-3 value of J and a D-4 gain of A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GUSTAVE DIAMOND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544